No. 73–6774.   EPHRAIM v. ESTELLE, CORRECTIONS DI-
RECTOR, *ante,* p. 897;

No. 73–6806.   SOTELO ET UX. v. IMMIGRATION AND
NATURALIZATION SERVICE, *ante,* p. 859;

No. 73–6912.   LEE v. ALABAMA, *ante,* p. 864;

No. 73–6964.   OLENZ v. TELETYPE CORP. ET AL., *ante,*
p. 865;

No. 73–6968.   ENGLEFIELD v. ENGLEFIELD, *ante,* p.
958;

No. 73–7019.   BAILEY v. WEINBERGER, SECRETARY OF
HEALTH, EDUCATION, AND WELFARE, *ante,* p. 953;

No. 74–1.   CARDIN v. KENTUCKY, *ante,* p. 868;

No. 74–90.   KELLER, SECRETARY, DEPARTMENT OF
HEALTH AND REHABILITATIVE SERVICES OF FLORIDA, ET
AL. v. MIXON, A MINOR, BY CARTER, ET AL., *ante,* p. 880;
and

No. 74–194.   WALL ET AL. v. HARDWICK ET AL., *ante,*
p. 888.   Petitions for rehearing denied.

No. 73–1744.   FOSTER v. AMERICAN MACHINE & FOUN-
DRY CO. ET AL., *ante,* p. 833;

No. 73–6805.   GEARIN v. WEYERHAEUSER LINE, *ante,*
p. 884; and

No. 74–86.   LEONARD v. STRAUSS, *ante,* p. 901.   Mo-
tions for leave to file petitions for rehearing denied.